890

No. 221. MURPHY CORPORATION ET AL. v. FONTENOT, COLLECTOR OF REVENUE OF LOUISIANA, *ante*, p. 831;

No. 245. KESSLER v. FAUQUIER NATIONAL BANK, ADMINISTRATOR, ET AL., *ante*, p. 834;

No. 257. HOXSEY CANCER CLINIC ET AL. v. UNITED STATES, *ante*, p. 835;

No. 272. ANDERSON ET AL. v. MCKAY, SECRETARY OF THE INTERIOR, *ante*, p. 836;

No. 279. SAWYER v. WISCONSIN, *ante*, p. 855;

No. 291. BERTELSEN v. COONEY, *ante*, p. 856;

No. 314. ROGERS v. REPUBLIC PICTURES CORP. ET AL., *ante*, p. 858;

No. 325. INSURANCE COMPANY OF NORTH AMERICA v. UNITED STATES, *ante*, p. 863;

No. 21, Misc. ROUSSEAU v. HURTADO, EXECUTRIX, ET AL., *ante*, p. 843;

No. 23, Misc. FUNKHOUSER v. LOEW'S INCORPORATED, *ante*, p. 843;

No. 45, Misc. SALEMI v. NEW YORK, *ante*, p. 845;

No. 81, Misc. MACLAREN v. NEW YORK, *ante*, p. 847; and

No. 82, Misc. O'CONNELL v. RAGEN, WARDEN, *ante*, p. 847. Petitions for rehearing denied.

NOVEMBER 29, 1954.

No. 243, Misc. WARD v. UNITED STATES. On motion for leave to file and petition for writ of habeas corpus. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court.